No. 92–1304.  WOOLUM *v.* BANK ONE, LEXINGTON, N. A.  C. A. 6th Cir.  Certiorari denied.

No. 92–1305.  DOUGHBOY RECREATIONAL, INC., A DIVISION OF HOFFINGER INDUSTRIES, INC. *v.* FLECK ET AL.  C. A. 3d Cir. Certiorari denied.

No. 92–1311.  BRANSON *v.* CITY OF LOS ANGELES ET AL. C. A. 9th Cir.  Certiorari denied.

No. 92–1312.  LIBERTY MUTUAL INSURANCE CO. ET AL. *v.* ELJER MANUFACTURING, INC., FKA HOUSEHOLD MANUFACTURING, INC.  C. A. 7th Cir.  Certiorari denied.

No. 92–1317.  BOYLE *v.* SCHMITT, INDIVIDUALLY AND AS ANCILLARY PERSONAL REPRESENTATIVE OF THE ESTATE OF BOYLE, DECEASED, ET AL.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 92–1318.  TEXAS *v.* WILKENS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 92–1321.  McCAW *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 92–1323.  UNITED TRANSPORTATION UNION *v.* CUYAHOGA VALLEY RAILWAY CO.  C. A. 6th Cir.  Certiorari denied.

No. 92–1326.  HETZNER *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 92–1327.  MANATT *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 92–1328.  GORDON *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 92–1329.  PARTEE ET AL. *v.* HOUSTON ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–1332.  CAPTRAN CREDITORS' TRUST CLUB BAHA, LTD., ET AL. *v.* McCONNELL ET AL.  C. A. 11th Cir.  Certiorari denied.